|  |  |
|---|---|
| 1 | Joseph R. Manning, Jr. (SBN 223381) |
| 2 | Michael Manning (SBN 290301) |
|   | Tristan P. Jankowski (SBN 290301) |
| 3 | Craig G. Cote (SBN 132889) |
|   | ADAPracticeGroup@manninglawoffice.com |
| 4 | **MANNING LAW, APC** |
|   | 4667 MacArthur Blvd., Suite 150 |
| 5 | Newport Beach, CA 92660 |
|   | Tel: 949.200.8755 |
| 6 | Fax: 866.843.8308 |

Attorneys for Plaintiff
GUILLERMO ROBLES

Maurice Wainer, Esq. (State Bar No. 121678)
**SNIPPER WAINER & MARKOFF**
232 North Canon Drive
Beverly Hills, CA 90210-5302
Telephone: (310) 550-5770
mrwainer@swmfirm.com

Attorneys for Defendant
FATBURGER NORTH AMERICA INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| GUILLERMO ROBLES, an individual, | Case No.: 2:16-cv-09595-CAS-AFM |
|---|---|
| Plaintiff, | Hon. Christina A. Snyder |
| v. | **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |
| FATBURGER NORTH AMERICA, INC. a Delaware corporation; and DOES 1-10, inclusive, | Complaint Filed: December 28, 2016 |
|   | Trial Date: None Set |
| Defendant. |  |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Guillermo Robles ("Plaintiff") and Fatburger North America, Inc. ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 6, 2018

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Guillermo Robles

DATED: February 6, 2018

**SNIPPER WAINER & MARKOFF**

By: /s/ *Maurice Wainer*
    Maurice Wainer
    Attorneys for Defendant
    Fatburger North America, Inc.

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 6, 2018    By: /s/ *Joseph R. Manning, Jr.*